**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ARMANDO ZAMBRANO-VEGA,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 07-00566-CG-B** |
| **DAVID O. STREIFF, et al.,** | : | |
| Respondents. | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby dismissed as moot.

**DONE and ORDERED** this 14th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE