## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **ARMANDO ZAMBRANO-VEGA,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION 07-00566-CG-B** |
| **DAVID O. STREIFF, <u>et</u> <u>al.</u>,** | : | |
| **Respondents.** | : | |
| | : | |

## <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED, and DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 14th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE